JUDGE DAVID GUADERRAMA

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

FILED
OCT 02 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL NO. EP-23-CR- |
| | (23-MJ-02694-MAT) |
| Plaintiff, | |
| | **INFORMATION** |
| v. | |
| | CT 1: 8 U.S.C. §§ 1324(a)(1)(A)(v)(I), |
| JAVIER RAUL AGUIRRE-ANDRADE, | (a)(1)(A)(ii) and (a)(1)(B)(i)- Conspiracy to |
| | Transport Aliens |
| Defendant. | |

EP23CR1922

THE UNITED STATES ATTORNEY CHARGES:

**COUNT ONE**
(8 U.S.C. §§ 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i))

On or about August 22, 2023, in the Western District of Texas, Defendant,

**JAVIER RAUL AGUIRRE-ANDRADE,**

knowingly, intentionally, and unlawfully conspired, combined, and confederated, and agreed with others known and unknown, to commit an offense against the United States, namely: to transport and move and attempt to transport and move aliens within the United States knowing and in reckless disregard of the fact that said aliens had come to, entered, and remained in the United States in violation of law, said transportation being in furtherance of said violation of law,

in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), (a)(1)(A)(ii) and (a)(1)(B)(i).

                Respectfully submitted,

                JAIME ESPARZA
                UNITED STATES ATTORNEY

By:  /s/_____
       MATHEW ENGELBAUM
       Assistant U.S. Attorney
       Texas Bar #24097653
       700 E. San Antonio, Suite 200
       El Paso, Texas 79901
       (915) 534-6884